No. 18-99006

# IN THE UNITED STATES COURT OF APPEALS FOR THE NINTH CIRCUIT

| | |
|---|---|
| Barry Lee Jones<br><br>      Petitioner-Appellee,<br><br>v.<br><br>David Shinn, et al.,<br><br>      Respondents-Appellants. | **On Appeal from the United States District Court for the District of Arizona,**<br><br>No. CV–01–00592–TUC-TMB<br><br>**MOTION TO EXCEED WORD COUNT**<br><br>**(Capital Case)** |

      Respondents-Appellants respectfully request leave to exceed the 4,200-word limit on petitions for panel/en banc rehearing set forth in Ninth Circuit Rule 40-1(a). The petition contains 4,815 words. This is a complicated capital case with an extraordinarily large record. Both the answering brief and the reply brief were oversized. Respondents' petition raises three substantial and complex issues. This motion is supported by the attached declaration. For the reasons stated herein and in the attached declaration, Respondents-Appellants respectfully request that this Court accept the petition for panel/en banc rehearing as tendered, consisting of 4,815 words.

1

RESPECTFULLY SUBMITTED this 13th day of December, 2019.

                        Mark Brnovich
                        Attorney General
                        (Firm State Bar No. 14000)

                        s/ Lacey Stover Gard
                        Chief Counsel
                        Capital Litigation Section
                        400 W. Congress, Bldg. S-315
                        Tucson, Arizona 85701
                        Telephone: (520) 628-6652
                        CADocket@azag.gov
                        (State Bar Number 022714

                        Attorneys for Respondents-Appellant

# DECLARATION OF LACEY STOVER GARD

I, Lacey Stover Gard, being of lawful age, state the following:

1. I am an attorney licensed to practice in the State of Arizona and a member in good standing of this Court's bar. I am counsel for Respondents-Appellants, David Shinn, *et. al.*

2. The petition for panel/en banc rehearing tendered for filing this date is 615 words over the limit set forth in Ninth Circuit Rule 40-1(a).

3. The case is voluminous and extraordinarily complex, with the initial excerpts of record alone consisting of 48 volumes.

4. Both the answering brief and reply brief in this case were oversized. (Dkt. # 35, 48.)

5. Respondents have made every effort to present their arguments in the petition in a concise and streamlined manner. Respondents have edited the petition extensively and have shortened it significantly from earlier drafts. However, the issues are complicated, the panel's decision is lengthy, and further excision would hamper Respondents' ability to effectively explain why the claims warrant rehearing.

….

….

I declare under penalty of perjury and the laws of the United States that the foregoing is true and correct to the best of my information and belief.

DATED this 13th day of December, 2019.

<span style="margin-left:50%">s/Lacey Stover Gard<br>Attorney for Respondents-Appellees</span>

**CERTIFICATE OF SERVICE**

      I hereby certify that I electronically filed the foregoing with the Clerk of the Court for the United States Court of Appeals for the Ninth Circuit by using the appellate CM/ECF system on December 13, 2019.

      I certify that all participants in the case are registered CM/ECF users and that service will be accomplished by the appellate CM/ECF system.

s/ L. Fielding
Legal Secretary
Capital Litigation Sections
400 W. Congress, Bldg. S-315
Tucson, Arizona 85701
Telephone: (520) 628-6520

8412254